IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

SAFECO INSURANCE COMPANY
OF AMERICA, and SAFECO
INSURANCE COMPANY OF ILLINOIS                                    PLAINTIFFS

v.                          Case No. 2:12-cv-00227-KGB

WELDON KING                                                      DEFENDANT

## ORDER

Before the Court is plaintiffs' motion for leave for Janet K. Colaneri to appear *pro hac vice* (Dkt. No. 2). Pursuant to Local Rule 83.5(d) any attorney who is a member in good standing of the Bar of any United States District Court, or of the highest court of any state or territory or insular possession of the United States, but is not admitted to practice in the District Courts in Arkansas, may, upon oral or written application, be permitted to appear and participate in a particular case.

The application shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case. There shall also be filed with such application the address and telephone number of the named designee. Notwithstanding these provisions, the Court, upon written motion, may waive these requirements of this designation and permit the non-enrolled attorney to proceed without designating local counsel, for the limited purposes of the pending litigation. In support of the motion, non-enrolled counsel must affirm to these Local Rules and to the jurisdiction of the Court in matters of discipline.

Pursuant to Local Rule 83.5(d) plaintiffs' motion for leave for Janet K. Colaneri to appear *pro hac* vice is granted for the limited purpose of filing the complaint and for a period of 60 days

from the entry of this Order. The Court directs Ms. Colaneri, within 60 days of the entry of this Order, to file an Application for Admission for Enrollment to Practice before the United States District Court Eastern District of Arkansas in accordance with Local Rule 83.5(c) or designate local counsel in accordance with Local Rule 83.5(d).

  SO ORDERED this 10 day of December, 2012.

                _____
                KRISTINE G. BAKER
                UNITED STATES DISTRICT JUDGE